### 19677. WEBB *et al.* v. SMITH *et al.*

ALMAND, Justice. The sustaining of the demurrers interposed by the defendants to a petition seeking to recover a money judgment presenting solely questions of law, and not otherwise presenting a case falling within the jurisdiction of this court (Code, Ann., § 2-3704), the case must be

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED APRIL 9, 1957—DECIDED APRIL 9, 1957.

*Moreton Rolleston, Jr.*, for plaintiffs in error.
*W. Neal Baird, Hurt, Gaines, Baird, Peek & Peabody*, contra.